NO.
12-06-00029-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

APRIL LYNN STROM,        §          APPEAL
FROM THE 173RD

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

CARTER ROBERT STROM,

APPELLEE   §          HENDERSON
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

            Appellant,
April Lynn Strom, perfected an appeal from a default judgment entered by the
173rd District Court of Henderson County, Texas in cause number 2004A-557.  After the record was filed, Appellant and
Appellee, Carter Robert Strom, filed an agreed motion to reverse and remand. In
the motion, the parties state that, after reviewing the issues and obtaining
advice of counsel, they agree that there appears to be error on the face of the
record in that the trial court should not have changed Appellant’s name without
her request or consent.  See Tex. Fam. Code Ann. § 6.706(a) (Vernon
1998).  The parties further state that
they have entered into a settlement agreement which resolves all matters in
dispute.  Appellant and Appellee request
that this Court reverse the judgment of the trial court entered on August 4,
2005 and remand for the entry of an agreed judgment.

            The Court,
having examined and fully considered the documents on file and the agreed
motion, is of the opinion that the motion should be granted.  Accordingly, the motion is granted, the
judgment of the trial court is reversed, and the cause is remanded
to the trial court for entry of an agreed judgment in accordance with the terms
of the parties’ settlement agreement.

                                                                                                     JAMES T. WORTHEN    

                                                                                                                 Chief Justice

Opinion delivered May 10, 2006.

Panel consisted of Worthen, C.J.,
Griffith, J., and DeVasto, J.

 

(PUBLISH)